The People of the State of New York, Respondent, against
against
Charlene Perez-Klein, Appellant. The People of the State of New York, Respondent, against NO. 2015-794 N C Charlene Perez-Klein, Appellant. The People of the State of New York, Respondent, against NO. 2015-796 N C Charlene Perez-Klein, Appellant. The People of the State of New York, Respondent, against NO. 2015-797 N C Charlene Perez-Klein, Appellant. The People of the State of New York, Respondent, NO. 2015-799 N C Charlene Perez-Klein, Appellant.



Appeals from five judgments of the District Court of Nassau County, Nassau County Traffic and Parking Violations Agency (Joseph C. Calabrese, J.H.O.), entered February 18, 2015. The judgments, after a joint nonjury trial of five actions to impose a civil liability upon defendant as the owner of a vehicle which had failed to comply with posted maximum speed limits in a school speed zone, as recorded by a photo speed violation monitoring system device, imposed a $50 civil liability, plus a $30 administrative fee, in each action.




ORDERED that, on the court's own motion, the appeals are consolidated for purposes of disposition; and it is further,
ORDERED that the judgments are reversed, without costs, the actions are dismissed, and the fines and administrative fees, if paid, are remitted.
Following a joint nonjury trial of these five actions, a civil liability was imposed in each action upon defendant as the owner of a vehicle which had been recorded by a "photo speed violation monitoring system" device failing to comply with posted maximum speed limits in a school speed zone in violation of Local Law No. 9-2014 of the County of Nassau, which established title 72-B, "Vehicle Owner Liability For Failure Of Operator To Comply With Certain Posted Maximum Speed Limits" (see also Vehicle and Traffic Law § 1180—c). For the reasons stated in People v Eisenstadt (48 Misc 3d 56 [App Term, 2d Dept, 9th & 10th Jud Dists 2015]), the judgments are reversed, the actions are dismissed, and the fines and administrative fees, if paid, are remitted.
Tolbert, J.P., Iannacci and Brands, JJ., concur.
Decision Date: January 24, 2017